IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR MINOR, JR., et al.,**

**Plaintiff,**

**v.**

**PRO-COMM COMMUNICATIONS, INC.
and RODNEY CHEATHAM, d/b/a
PRO-COMM COMMUNICATIONS, INC.**

**Defendants.**                                              Case No. 04-CV-627-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is a motion to dismiss submitted by Defendant Rodney Cheatham, d/b/a Pro-Comm Communications ("Defendant Cheatham"). (Doc. 52.)  Plaintiffs have provided notice that they are voluntarily dismissing their claims against Defendant Cheatham.  (Doc. 53.)  Therefore, the Court **GRANTS** Defendant's motion and **DISMISSES** Defendant Rodney Cheatham, d/b/a Pro-Comm Communications, from this action.

**IT IS SO ORDERED**.

Signed this 15th day of December, 2005.

/s/          David RHerndon
**United States District Judge**