**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ARTHUR MINOR, JR., et al.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 04-CV-627-DRH |
| ) | |
| **PRO-COMM COMMUNICATIONS, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER**

This matter comes before the Court on Defendant's motion to reschedule pre-trial hearing, or in the alternative, to excuse trial counsel from pre-trial hearing. (Doc. 59.) Being fully advised in the premises, the Court **GRANTS** Defendant's motion. (Doc. 59.) The hearing is now set for October 6, 2006 at 3:30 p.m. The Court expects that Kevin J. Stine, counsel for the Defendant, shall be present at the pre-trial hearing.

    **IT IS SO ORDERED**.

Signed this 25th day of September, 2006.

 

                                               /s/       David   RHerndon
                                        **United States District Judge**