# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR MINOR, JR., and**
**TRUSTEES OF THE LOCAL 309**
**ELECTRICAL HEALTH AND**
**WELFARE FUND,**

      **Plaintiffs,**

   **-vs-**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 04-CV-627 DRH**

**PRO-COMM COMMUNICATIONS,**
**INC.,**
      **Defendant.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs **ARTHUR MINOR, JR.** and **TRUSTEES OF THE LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND** and against Defendant **PRO-COMM COMMUNICATIONS, INC.**, in the sum of $156,530.33.------------------------------------------------------------------------------------------

      **NORBERT G. JAWORSKI, CLERK**

April 23, 2007　　　　　　　　　　　　　BY:   s/Patricia Brown
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED:  /s/   David   RHerndon
　　　　　　**U.S. DISTRICT JUDGE**

Case 3:04-cv-00627-DRH-DGW   Document 86   Filed 04/23/07   Page 2 of 2   Page ID #696