IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR J. MINOR, et al.,**

**Plaintiffs,**

vs.

**PRO-COMM COMMUNICATIONS, INC.,**

**Defendant.**                                                             No.  04-CV-0627-DRH

## ORDER

**HERNDON, District Judge:**

Plaintiffs' unopposed motion for attorneys' fees against Defendant Pro-Comm Communications, Inc. is before the Court. (Doc. 87.)  Despite that the motion is uncontested, the Court has carefully reviewed the motion and accompanying affidavit.  The Court finds the amount requested to be supported by the affidavit and to be reasonable and necessary, and less than the customary charges in the community for the services rendered.  Accordingly, the Court hereby **GRANTS** Plaintiffs' motion for attorneys' fees in the amount of $43,788.50. (Doc. 87.)  The Court further **DIRECTS** the Clerk of the Court to enter an Amended Judgment reflecting this award.

**IT IS SO ORDERED.**

Signed this 10th day of July, 2003.

/s/      David   RHerndon
**United States District Judge**