# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR MINOR, JR., and**
**TRUSTEES OF THE LOCAL 309**
**ELECTRICAL HEALTH AND**
**WELFARE FUND,**

    **Plaintiffs,**

**v.**                                                         **CIVIL ACTION NO.  04-CV-627 DRH**

**PRO-COMM COMMUNICATIONS,**
**INC.,**

    **Defendant.**

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs **ARTHUR MINOR, JR.**, and **TRUSTEES OF THE LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND** and against Defendant **PRO-COMM  COMMUNICATIONS, INC**., in the sum of $156,530.33 plus attorneys' fees in the sum of $43,788.50 for a total of $200,318.83.--

                                                                **NORBERT G. JAWORSKI, CLERK**

 July 12, 2007                                           BY:   /s/Patricia Brown
                                                                         Deputy Clerk

APPROVED:  /s/     David   RHerndon
                       **U.S. DISTRICT JUDGE**